UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| APC LAND, LLC, THE EPISCOPAL DIOCESE OF RHODE ISLAND, individually and on behalf of all others similarly situated,<br>     Plaintiffs,<br><br>     v.<br><br>NATIONAL GRID USA SERVICES CO., INC., and THE NARRAGANSETT ELECTRIC COMPANY,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 21-00316-MSM-LDA<br>) |

ORDER

The Parties Joint Motion to Stay the case pending further review of the First Circuit's Decision in *Tyngsboro Sports II Solar, LLC v. National Grid USA Service Company, Inc.*, No. 23-1391, 2023 WL 8446511 (1st Cir. December 6, 2023) (ECF No. 33) is GRANTED. All proceedings and all deadlines relating thereto are stayed pending the Tyngsboro appellants' exhaustion of their right to seek further review of the First Circuit's decision. The stay will be lifted automatically as of the later of the following: (i) the expiration of the Tyngsboro appellants' deadline to petition for certiorari with the United States Supreme Court seeking review of the First Circuit's decision in the Tyngsboro Appeal; or (ii) if the Tyngsboro appellants timely petition for certiorari, the date on which the Supreme Court denies that petition or issues a decision resolving the case if certiorari is granted.

Within 10 business days of the later of these dates, the Parties shall conduct a meet and confer to exchange their views of the effect of any further review of the First Circuit's decision in the Tyngsboro Appeal on proceedings, including whether Defendants will be required to answer, move, or otherwise respond to Plaintiffs' case. In the event it is determined during the meet and confer discussed in the foregoing paragraph that Defendants will be required to answer, move, or otherwise respond to Complaint, Defendants will have 45 days from the required meet and confer to file the responsive pleading.

IT IS SO ORDERED.

_____

Mary S. McElroy
United States District Judge


January 3, 2024

2